# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 12, 2007

Charles R. Fulbruge III
Clerk

No. 06-20615
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

LUIS ALEXANDER BAEZ-CASTILLO, also known as Bernard William Schaeffer

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:05-CR-452

Before KING, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:*

Luis Alexander Baez-Castillo (Baez) appeals the sentence imposed following his guilty plea conviction for false use of a counterfeit or altered passport, false claim to be a United States citizen, and illegal reentry following deportation. Baez argues that his sentence of 77 months of imprisonment, which was within the applicable advisory sentencing guidelines range, is unreasonable because it is greater than necessary to meet the sentencing objectives of 18

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

U.S.C. § 3553(a). Baez asserts, as he did in the district court, that his sentence should have been lower than the guidelines range.

With regard to Baez's challenge to the reasonableness of his sentence, he has not shown that the sentence was unreasonable or that this court should not defer to the district court's determinations at sentencing. See United States v. Mares, 402 F.3d 511, 519 (5th Cir. 2005). Given his extensive criminal history, Baez presents no arguments to show that his circumstances are "special enough that, in light of § 3553(a), they require a sentence lower than the sentence the Guidelines provide." Rita v. United States, 127 S. Ct. 2456, 2470 (2007).

Accordingly, the judgment of the district court is AFFIRMED.